DocuSign Envelope ID: 8EDA8E75-370C-4270-B953-65130425931
Case 1:19-cv-11656-RA Document 12 Filed 04/17/20 Page 1 of 1
Case 1:19-cv-11656-RA Document 11 Filed 04/16/20 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

NOHO HEALTH, INC.,

    Defendant.

Case No.: 1:19-CV-1156-RA

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of the voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

Dated: 16 April, 2020
New York, New York

_(signature)_
Christopher H. Lowe
LIPSKY LOWE LLP
420 Lexington Ave, Suite 1830
New York, NY 10170-1830
chris@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: 13 April, 2020
New York, New York

_(signature)_
Charles W. Fournier
Curley, Hurtgen & Johnsrud LLP
1177 Avenue of the Americas—5th Floor
New York, NY 10036-2714
cfournier@chjllp.com
646.452.7161
*Attorneys for Defendant*

SO ORDERED.

_(signature)_
Hon. Ronnie Abrams
4/17/2020